**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
CHARLES M. VLASIC III, ESQ.
Nevada Bar No. 11308
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
cvlasic@rrblf.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD KARAYAN, TRUSTEE OF THE KARAYAN FAMILY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN A. RITTER, and Does 1 through 25, Inclusive,<br><br>Defendants. | Case No. 2:13-cv-00493-JAD-NJK |

### SUBSTITUTION OF COUNSEL

The law firm of **REID RUBINSTEIN & BOGATZ** is hereby substituted as attorneys of record for JOHN A. RITTER in the above-entitled action, in place and stead of the law firm of Bogatz Law Group.

JOHN A. RITTER

_____
John A. Ritter

. . .

. . .

. . .

I hereby consent to the above and forgoing substitution for Defendants in the above-entitled action.

Dated this 19th day of May, 2015.

BOGATZ LAW GROUP

By: /s/   Charles M. Vlasic III, Esq.
I. Scott Bogatz, Esq.
Nevada Bar No. 3367
Charles M. Vlasic III, Esq.
Nevada Bar No. 11308
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
*Attorneys for Defendant*

I hereby accept the above and foregoing substitution as attorney for Defendants in the above-entitled action.

Dated this 19th day of May, 2015.

REID RUBINSTEIN & BOGATZ

By: /s/   Charles M. Vlasic III, Esq.
I. Scott Bogatz, Esq.
Nevada Bar No. 3367
Charles M. Vlasic III, Esq.
Nevada Bar No. 11308
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
*Attorneys for Defendant*

IT IS SO ORDERED.
DATED: May 22, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

# CERTIFICATE OF MAILING

I hereby certify that on the 21st day of May 2015, I served a copy of the foregoing **SUBSTITUTION OF COUNSEL** upon each of the following parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

> Burton C. Jacobson, Esq.
> ATTORNEY AT LAW
> 424 South Beverly Drive
> Beverly Hills, CA  90212
>
> Richard L. Tobler, Esq.
> RICHARD L. TOBLER, LTD.
> 3654 North Rancho Drive, Suite 102
> Las Vegas, NV  89130

*Attorneys for Plaintiff*

and that there is a regular communication by mail between the place of mailing and the places so addressed.

>     */s/ Jaimie Stilz-Outlaw*
> An employee of Reid Rubinstein & Bogatz