UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Edward Karayan, Trustee of the Karayan Family Trust,<br><br>    Plaintiff<br><br>v.<br><br>John A. Ritter, and Does 1 through 25,<br><br>    Defendants | 2:13-cv-0493-JAD-NJK<br><br>**Order Discharging Order to Show Cause why Sanctions Should Not Issue for Failure to File a Joint Pretrial Order and Directing Filing of JPTO by October 23, 2015** |

The scheduling order in this case set July 17, 2015, as the deadline to file the joint pretrial order. ECF 34. No party filed a pretrial order by this deadline or moved to extend it, and I issued an order to show cause why sanctions should not be imposed for failing to comply with the scheduling order's joint pretrial-order deadline. ECF 41.

Both parties responded, describing that plaintiff's counsel suffered health complications in January 2015 that prevented the timely filing of the joint pretrial order. ECF 42, 43. But still, no joint pretrial order has been filed.

Although I am satisfied by the parties' explanation for this delay and find that their obligations under the order to show cause have been discharged and that no sanctions will be issued, there is no excuse for the continued absence of a joint pretrial order. Accordingly,

IT IS HEREBY ORDERED that the parties' obligations under the Order to Show cause [ECF 41] are DISCHARGED; the **parties must file their Joint Pretrial Order by 5 p.m. on October 23, 2015.** This obligation to ensure that this task is completed is hereby imposed on both parties.

Dated this 7th day of October, 2015

_____
Jennifer A. Dorsey
United States District Judge