UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

EDWARD KARAYAN,  
On behalf of Karayan Family Trust,

    Plaintiff(s),

    vs

JOHN A. RITTER,

    Defendant(s).

Case # 2:13-CV-493-JAD-NJK

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

    This case is currently stacked on the Trial Calendar of Tuesday, May 3, 2016, for a BenchTrial.

    **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Nancy J. Koppe** for a settlement conference.

    DATED this 26th day of October, 2015.

JENNIFER A. DORSEY  
UNITED STATES DISTRICT JUDGE