REID RUBINSTEIN & BOGATZ
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
JAIMIE STILZ, ESQ.
Nevada Bar No. 13772
300 South Fourth Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
jstilz@rrblf.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD KARAYAN, TRUSTEE OF THE KARAYAN FAMILY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN A. RITTER, and Does I through X,<br><br>Defendants. | Case No. 2:13-cv-00493-JAD-NJK<br><br>ECF 58 |

### STIPULATION & PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Defendant JOHN A. RITTER ("Defendant"), by and through his attorneys of record, the law firm of Reid Rubinstein & Bogatz, and Plaintiff, EDWARD KARAYAN, TRUSTEE OF THE KARAYAN FAMILY TRUST ("Plaintiff"), by and through his attorneys of record, the law firm of Richard L. Tobler, Ltd., as follows:

1. Defendant is the subject of an involuntary bankruptcy, jointly administered under U.S. Bankruptcy Court, District of Nevada, Case No. 16-10933-BTB (the "Bankruptcy");

2. Plaintiff has filed claims against Defendant in the Bankruptcy proceedings, which claims are representative of damages sought in this matter;

3. Defendant has submitted a Chapter 11 Plan in the Bankruptcy (the "Plan"),

which has now been confirmed by the Bankruptcy Court and pursuant to which all claims against Defendant are discharged;

4. Based on the Plan being confirmed with Plaintiff being a creditor in said Plan, all claims filed against Defendant pursuant to the Bankruptcy must now be dismissed;

5. Accordingly, the status conference set for 3/19/2018 is vacated;

6. This Case is hereby dismissed with prejudice, provided, however, that this Case may be renewed in the event the discharge under the Plan is revoked in accordance with Section 14.4 of the Plan, with each Party bearing its own attorneys' fees and costs; and

7. This Case shall be closed.

Dated this 15 day of March, 2018.          Dated this 15th day of March, 2018.

REID RUBINSTEIN & BOGATZ                   RICHARD L. TOBLER, LTD.

By: _____                By: _____
I. Scott Bogatz, Esq.                      Richard L. Tobler, Esq.
Nevada Bar No. 3367                        Nevada Bar No. 4070
Jaimie Stilz, Esq.                         3654 North Rancho Drive, #102
Nevada Bar No. 13772                       Las Vegas, Nevada 89130
300 South 4th Street, Suite 830            *Attorneys for Plaintiff*
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

Based upon the parties' stipulation and good cause appearing, this case is dismissed with prejudice and the status hearing on 3/19/2018 is vacated. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/16/2018